**Ronald F. BUTTS, Plaintiff–Appellant,**

v.

**DEPARTMENT OF CORRECTIONS; Central Classification Bureau, Officials; Dillwyn Correctional Center, Regional Director/Officials; L.W. Huffman; Lisa Edwards; J. Perutelli; F.S. Taylor; D.S. Lewis; Ms. Lehman; Peggy Newton; Dr. Ramsey; R.A. Farmer; Lieutenant Mason; Lieutenant Mosely; Sergeant Zumbro; Correctional Officer Meinhard; Correctional Officer Watson; J. Bowman, Correctional Officer; Correctional Officer Blount; Correctional Officer Hurt; L.L. White; R. Feldman; Ms. Wilcher, Defendants–Appellees.**

No. 01–7369.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 30, 2001.

Ronald F. Butts, pro se. William W. Muse, Assistant Attorney General, Richmond, VA, for appellees.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ronald F. Butts appeals the district court's order dismissing all but one of the claims in his § 1983 action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S .C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*